### JUNE 4, 1976

CELINA MUTUAL INSURANCE COMPANY v PREFERRED RISK MUTUAL INSURANCE COMPANY. (Docket No. 55565.) The motion by plaintiff and appellant for leave to file delayed application for rehearing is treated as a motion for reconsideration of this Court's order dated January 9, 1976 (395 Mich 825), and so considered, the same is hereby denied, because it does not appear that said order was entered erroneously. *Hillman, Baxter & Hammond* for plaintiff-appellant.

### JUNE 29, 1976

PEOPLE v BOOKER. (Docket No. 57666.) Request for appointment of counsel denied. Charles Booker, *in propria persona,* appellant. Case below, Court of Appeals No. 21579, per curiam opinion of July 29, 1975.

LEVIN, J., would grant the request for appointment of counsel.

PEOPLE v ANTHONY HARRIS. (Docket No. 57640.) Request for appointment of counsel denied. Anthony Harris, *in propria persona,* appellant. Case below, Court of Appeals No. 20938, per curiam opinion of August 18, 1975.

LEVIN, J., would grant the request for appointment of counsel.